# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| LUNDA CONSTRUCTION COMPANY, | Civil No. 08-3335 (JRT/JSM) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| AMBASSADOR STEEL CORPORATION, | |
| Defendant. | |

___

Dean Thomson and Dyanna Street, **FABYANSKE WESTRA HART & THOMSON, PA,** 800 LaSalle Avenue, Suite 1900, Minneapolis, MN 55402, for plaintiff.

Robert Huber and Ryan Stai, **LEONARD STREET AND DEINARD, PA,** 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402, for defendant.

This matter is before the Court upon the parties' stipulation of dismissal with prejudice filed December 23, 2009 [Docket No. 10].

**IT IS HEREBY ORDERED** that all claims and counterclaims that were or could have been asserted herein, shall be **DISMISSED WITH PREJUDICE** and without the award of costs or attorneys' fees to any party.

DATED: December 30, 2009
at Minneapolis, Minnesota.

                                                        s/ John R. Tunheim
                                                     JOHN R. TUNHEIM
                                                     United States District Judge